**Order filed June 5, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-18-00538-CR
————————

**RICARDO  ROMANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 2167075**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2 (DVD) and Defense's Exhibit 3 (DVD).**

The exhibit clerk of the Co Crim Ct at Law No 6 is directed to deliver to the Clerk of this court the original of State's Exhibit 2 (DVD) and Defense's Exhibit 3 (DVD), on or before **June 20, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2 (DVD) and Defense's Exhibit 3 (DVD), to the clerk of the Co Crim Ct at Law No 6.


PER CURIAM